IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Smith, Linda L | Case Number:  07 B 06226 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 03/24/09 | Filed:  4/6/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  January 6, 2009
Confirmed:  June 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 16,038.82 | |
| Secured: | | 9,741.95 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,574.00 |
| Trustee Fee: | | 775.08 |
| Other Funds: | | 2,947.79 |
| Totals: | 16,038.82 | 16,038.82 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,574.00 | 2,574.00 |
| 2. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 3. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 4. | Monterey Financial Services | Secured | 493.51 | 493.51 |
| 5. | Americredit Financial Ser Inc | Secured | 18,458.05 | 9,248.44 |
| 6. | ECast Settlement Corp | Unsecured | 93.38 | 0.00 |
| 7. | Capital One | Unsecured | 176.94 | 0.00 |
| 8. | Americredit Financial Ser Inc | Unsecured | 4,103.88 | 0.00 |
| 9. | Merrick Bank | Unsecured | 500.45 | 0.00 |
| 10. | Nationwide Acceptance Corp | Unsecured | 329.05 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 125.77 | 0.00 |
| 12. | American General Finance | Unsecured | 995.96 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 350.00 | 0.00 |
| 14. | Monterey Financial Services | Unsecured | 112.89 | 0.00 |
| 15. | Consumer Financial Services | Secured | | No Claim Filed |
| 16. | Nationwide Acceptance Corp | Secured | | No Claim Filed |
| 17. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 18. | Consumer Financial Services | Unsecured | | No Claim Filed |
| 19. | Village of Evergreen Park | Unsecured | | No Claim Filed |
| | | | $ 28,313.88 | $ 12,315.95 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Smith, Linda L

Printed: 03/24/09

Case Number:  07 B 06226

Judge:  Goldgar, A. Benjamin

Filed:  4/6/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|-----------|
| 5.4% | 380.11 |
| 6.5% | 291.77 |
| 6.6% | 103.20 |
| | $ 775.08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: